Decided September 19, 2002

## GLEN ROSENGARTEN *v.* PETER DOWNES*

The plaintiff's petition for certification for appeal from the Appellate Court, 71 Conn. App. 372 (AC 22253), is granted, limited to the following issue:

---

* The appeal was dismissed as moot December 31, 2002.

"Did the Appellate Court properly conclude that the trial court had no subject matter jurisdiction to dissolve a civil union entered into pursuant to the laws of Vermont?"

The Supreme Court docket number is SC 16836.

*Kenneth J. Bartschi, Michael S. Taylor, Daniel J. Krisch* and *Gary I. Cohen,* in support of the petition.

Decided September 19, 2002